COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:     01-15-00487-CR

Style:     Fredis Mauricio Flores v. The State of Texas

Date motion filed[*]:     August 24, 2015

Type of motion:     Motion to Substitute Counsel on Appeal

Party filing motion:     Appellant's new counsel Allen C. Isbell

Document to be filed:     N/A

Is appeal accelerated?     No.

Ordered that motion is:

    ☑ Granted

    ☐ Denied

    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

    ☑ Other: _____

The motion to substitute counsel is **granted**, but construed as a notice of appearance as lead counsel, and the Clerk of this Court is directed to note Allen C. Isbell as lead counsel for appellant. *See* TEX. R. APP. P. 6.1(a), 6.2, 6.5(d). If counsel J. Celeste Carter Blackburn requests withdrawal, she must file a motion that complies with Rule 6.5(d).

Judge's signature: /s/ Evelyn V. Keyes

         ☑ Acting individually     ☐ Acting for the Court

Date: August 27, 2015